# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 17, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:   The Little Sisters of the Poor Jeanne Jugan Residence
             v. California, et al.
             No. 18-1192
             (Your No. 18-15144, 18-15166, 18-15255)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk